consideration of this appeal has been confined to the issues presented with respect to the first cause of action. The allegations therein contained do not serve to transform this cause into one the gravamen of which is actual fraud. It is simply a cause of action for breach of duty or neglect, and such cause is complete without the allegations of fraud, which are, therefore, unessential and may not serve to invoke the application of subdivision 5 of section 48 of the Civil Practice Act. (*Carr* v. *Thompson*, 87 N. Y. 160; *Brick* v. *Cohn-Hall-Marx Co.*, 276 id. 259; *Pitcher* v. *Sutton*, 238 App. Div. 291; affd., without opinion, 264 N. Y. 638; *Cohen* v. *City Company of New York*, 283 id. 112; *Hearn 45 St. Corp.* v. *Jano*, Id. 139.) Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. INGELBERG BLUNDELL, True Name INGEBORG BLUNDELL, Appellant.— Judgment of the County Court of Kings County convicting defendant of the crime of abortion, reversed on the law, the indictment dismissed and bail exonerated. There was no corroborative proof sufficient to satisfy the statute in accordance with the standards set forth in *People* v. *Kress* (284 N. Y. 452). Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.

## (October 29, 1941.)

In the Matter of the Application of DANIEL ALLEN and REBECCA STEIN YUTTAL, Appellants, for an Order Pursuant to Article 14 of the Election Law. S. HOWARD COHEN and Others, Commissioners of Election of the City of New York, Constituting the Board of Elections of the City of New York, Respondents; JOHN GELO, Intervenor.— Order affirmed, without costs. No opinion. Hagarty, Carswell, Adel, Taylor and Close, JJ., concur.

In the Matter of the Application of PATRICK J. BEARY, Petitioner, Respondent, for an Order Pursuant to Article XIV and Sections 330 and 335 of the Election Law. S. HOWARD COHEN and Others, Commissioners of Elections of the City of New York, Constituting the Board of Elections of the City of New York, Respondents; FREDERICK GARDENER, Objector, Appellant.— Order affirmed, without costs. No opinion. Hagarty, Carswell, Adel, Taylor and Close, JJ., concur.

In the Matter of the Application of CHARLES BELOUS, Petitioner, Respondent, for an Order Directing the Board of Elections of the City of New York to Accept the Nominating Petition of CHARLES BELOUS as a Candidate for Councilman of the City of New York, Borough of Queens, under the Designation of the City Fusion Party Filed October 7, 1941, and to Direct the Board of Elections to Certify Said Person as Such Candidate and Place Said Person on the Ballot for the General Election to Be Held on November 4, 1941. S. HOWARD COHEN and Others, Constituting the Board of Elections of the City of New York, Respondents; FREDERICK GARDENER, Appellant.— Order modified on the law and the facts by striking out the provision for costs; and as so modified affirmed, without costs. No opinion. Hagarty, Carswell, Adel, Taylor and Close, JJ., concur.

In the Matter of the Application of CHARLES BELOUS, Petitioner, Respondent, for an Order Directing the Board of Elections of the City of New York to Accept the Nominating Petition of CHARLES BELOUS as a Candidate for Councilman of the City of New York, Borough of Queens, under the Designation of Citizens Non-Partisan Committee Filed October 7, 1941, and to Direct the Board of Elections to Certify Said Person as Such Candidate and Place Said Person on

the Ballot for the General Election to Be Held on November 4, 1941. S. HOWARD COHEN and Others, Constituting the Board of Elections of the City of New York, Respondents; FREDERICK GARDENER, Appellant.— Order affirmed, without costs. No opinion. Hagarty, Carswell, Adel, Taylor and Close, JJ., concur.

In the Matter of the Application of ROBERT J. CREWS, Individually and on Behalf of the Other Candidates Hereinafter Named, Appellant, against S. HOWARD COHEN and Others, Constituting the Board of Elections of the City of New York, for an Order Dismissing the Objections to the Nominating Petitions of MATTHEW J. TROY, for the Office of President of the Borough of Brooklyn; CARMINE A. VEN-TIERA, for the Office of Register, Kings County; ROBERT J. CREWS, for the Office of Sheriff, Kings County; BENJAMIN BRENNER and ABNER C. SURPLESS, for the Office of Judges of the County Court, Kings County, and WILLIAM STANLEY MILLER, for the Office of Surrogate, Kings County, on the United City Party Ticket, and for an Order Placing the Names of Said Candidates on the Voting Machines in the Places Designated for the Said Office, and NEIL M. LEIBLICH, Objector, Respondents.— Order affirmed, without costs. No opinion. Hagarty, Carswell, Adel and Taylor, JJ., concur; Close, J., dissents and votes to reverse on the authority of *Matter of Garside* v. *Cohen* (265 N. Y. 606).

In the Matter of the Application of FREDERICK GARDENER and MALVERN H. CUNNINGHAM, Appellants, for an Order Judicially Determining All Questions of Law and Fact Herein and Containing Directions Addressed to the Board of Elections in the City of New York with Respect to a Certain Alleged Nominating Petition Heretofore Filed with the Board of Elections in the City of New York Purporting to Nominate PATRICK J. BEARY as a Candidate for the Office of Councilman of the City of New York from the Borough of Queens, and Declaring the Said Petition to Be Invalid, Null and Void, and Ineffective to Constitute a Nominating Petition, and for Other Relief. S. HOWARD COHEN and Others, Commissioners of Election, Constituting the Board of Elections of the City of New York, and PATRICK J. BEARY, Respondents.— Order modified on the law and the facts by striking out the provision for costs, and as so modified affirmed, without costs. No opinion. Hagarty, Carswell, Adel, Taylor and Close, JJ., concur.

In the Matter of the Application of FREDERICK GARDENER and MALVERN H. CUNNINGHAM, Appellants, for an Order Judicially Determining All Questions of Law and Fact Herein and Containing Directions Addressed to the Board of Elections of the City of New York, with Respect to a Certain Alleged Nominating Petition Heretofore Filed with the Board of Elections in the City of New York Purporting to Nominate RICHARD H. NAPPI as a Candidate for the Office of Councilman of the City of New York from the Borough of Queens, and Declaring the Said Petition to Be Invalid, Null and Void and Ineffective to Constitute a Nominating Petition, and for Other Relief. S. HOWARD COHEN and Others, Commissioners of Election Constituting the Board of Elections in the City of New York, and RICHARD H. NAPPI, Respondents.— Order modified on the law and the facts by striking out the provision for costs; and as so modified affirmed, without costs. No opinion. Hagarty, Carswell, Adel, Taylor and Close, JJ., concur.

In the Matter of the Application of LOUIS P. GOLDBERG, ANDREW R. ARM-STRONG and SALVATORE T. DEMATTEO, Individually and as Candidates of the